IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GAIL EPKIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:15-cv-00645-L |
| | § | |
| STATE FARM LLOYDS, | § | |
| JARED LEINENGER and | § | JURY DEMAND |
| KEVIN JACKSON, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gail Epkin and Defendants State Farm Lloyds, Jared Leinenger and Kevin Jackson hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, Plaintiff's claims against Defendants State Farm Lloyds, Jared Leinenger and Kevin Jackson are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 7th day of July 2015.

Respectfully submitted,

*/s/ Jacey L. Hornecker\**
Jacey L. Hornecker
State Bar No.:  24085383
Speights & Worrich
3838 Oak Lawn Ave., Ste. 1000
Dallas, TX 75219
Telephone: (210) 495-6789
Facsimile:  (210) 495-6790
Email: jacey@speightsfirm.com
**COUNSEL FOR PLAINTIFF**
*\*Signed with Permission*

And

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
State Bar No.:  24029862
Adrienne B. Hamil
State Bar No.: 24069867
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email:  rthompson@thompsoncoe.com
ahamil@thompsoncoe.com

**COUNSEL FOR DEFENDANTS STATE FARM LLOYDS, JARED LEINENGER AND KEVIN JACKSON**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 7th day of July 2015, the foregoing pleading was delivered to the following counsel of record for Plaintiff via electronic filing and e-mail in accordance with the Federal Rules of Civil Procedure:

*Via Electronic Filing and E-mail:*
Jacey L. Hornecker
SPEIGHTS & WORRICH
3838 Oak Lawn Ave., Ste. 1000
Dallas, TX 75219
Telephone: (210) 495-6789
Facsimile:  (210) 495-6790
Email: jacey@speightsfirm.com
*Counsel for Plaintiff*

*/s/ Adrienne B. Hamil*
Adrienne B. Hamil

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE – Page 2**
2181278v1
10578.113